570 A.2d 978

STATE OF NEW JERSEY v. SYLVESTER DWYN WILLIAMS.

November 13, 1989.

Petition for certification granted, and the matter is summarily remanded to the Superior Court, Law Division, for resentencing in the light of *State v. Louis,* 117 *N.J.* 250, 566 *A.*2d 511 (1989). The Assignment Judge shall reassign the matter for such sentencing.

570 A.2d 978

STATE OF NEW JERSEY v. HERBERT CARR.

November 13, 1989.

Petition for certification denied.

570 A.2d 979

BRIAN ZABINSKI, ET AL. v. WILLIAM H. YOUNG v. MARIO AND THERESA DE VITA.

November 13, 1989.

Petition for certification denied.

570 A.2d 979

ASSOCIATES COMMERCIAL CORPORATION v. SHEBA LANGSTON.

November 13, 1989.

Petition for certification denied. (See 236 *N.J.Super.* 236, 565 *A.*2d 702)